# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SUN STATE FORD, INC.,

    Plaintiff,

v.                                                                Case No:   6:23-cv-1728-PGB-LHP

FORD MOTOR COMPANY,

    Defendant

---

## ORDER

Before the Court is Defendant Ford Motor Company's Motion to Compel Discovery. Doc. No. 48. On review, the motion (Doc. No. 48) is **DENIED without prejudice**, as the motion fails to comply with the Standing Order on Discovery Motions. *See* Doc. No. 20. The motion also fails to comply with Local Rule 1.08.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2025.

*[Signature]*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties